UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                  CASE NO. 12 B 47557
                                      CHAPTER 13

KELLY R GUDA

                                      JUDGE CAROL A DOYLE

        DEBTOR                      **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** HSBC BANK USA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 7 | 0214  16912 SCHOOL | $28,596.64 | $25,134.00 | $25,134.00 |
| Total Amount Paid by Trustee | | | | | $25,134.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-47557-CAD

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 26th day of May, 2015.

| | |
|---|---|
| Debtor:<br>KELLY R GUDA<br>16912 SCHOOL ST<br>SOUTH HOLLAND, IL  60473 | Attorney:<br>LEGAL REMEDIES CHARTERED<br>8527 S STONY ISLAND<br>CHICAGO, IL  60617-2247<br>via Clerk's ECF noticing procedures |
| Creditor:<br>HSBC BANK USA<br>% OCWEN LOAN SERVICING<br>PO BOX 24781<br>WEST PALM BEACH, FL 33416-4781 | Mortgage Creditor:<br>REAL TIME RESOLUTIONS INC<br>1349 EMPIRE CENTRAL DR # 150<br>DALLAS, TX  75247 |
| Creditor:<br>HSBC BANK USA<br>% HOMEWARD RESIDENTIAL<br>1525 S BELTLINE RD #100<br>COPPELL, TX  75019 | |

ELECTRONIC SERVICE - United States Trustee

Date:  May 26, 2015                              /s/ TOM VAUGHN
                                                  TOM VAUGHN
                                                  CHAPTER 13 TRUSTEE
                                                  55 E. MONROE STREET, SUITE 3850
                                                  CHICAGO, IL  60603